938

No. 78–5998. HOLDMAN ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 78–6001. ECHOLS v. DeKALB COUNTY, GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78–6003. KRUG v. HILTON, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–6006. LOPEZ v. MALLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 78–6008. SHAW v. CARYL. Ct. App. Ariz. Certiorari denied.

No. 78–6009. BASAMAN v. McMAHON. C. A. 3d Cir. Certiorari denied.

No. 78–6013. SCARBORO v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 78–6014. SMART v. ZIEGLER, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6017. POOLE v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6045. BRADLEY ET VIR v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–6103. MILLER v. HUNT ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 78–6104. BRIDGES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6108. SEIDEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.